NUMBER 13-99-523-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



REBEL DRILLING COMPANY, L.P., ET AL., Appellants, 



v. 



A. R. GUERRA, ET AL., Appellees. 

____________________________________________________________________ 



On appeal from the 370th District Court 

of Hidalgo County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellants, REBEL DRILLING COMPANY, L.P., ET AL., perfected an appeal
from a judgment entered by the 370th District Court of Hidalgo
County, Texas, in cause number C-4417-96-G. After the record was filed,
the parties filed a joint motion to dismiss the appeal. In the motion, the parties state
that this case has been resolved and appellants no longer wish to prosecute this appeal.
The parties request that this Court dismiss the appeal. 

The Court, having considered the documents on file and the parties' joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint motion
to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 6th day of April, 2000.